# Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer Service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARAKS TOROSYAN
1030 RUBERTA AVE APT 10
GLENDALE, CA 91201-2137

🔔 Please see the Account Changes section of your statement for details regarding important changes to your account.

## Your BofA Core Checking

for December 1, 2014 to December 31, 2014

Account number: ███████ 2915

**ARAKS TOROSYAN**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2014 | $521.47 |
| Deposits and other additions | 1,408.80 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -850.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 31, 2014** | **$1,080.27** |

# Drive away with a great rate on your auto loan



As a Bank of America® customer, you may qualify for an additional discount on an auto loan,
whether you're buying or refinancing. Plus enjoy the benefits of managing all of your accounts in one place.

### Get a decision within minutes at bankofamerica.com/lowpayment.

This is not a commitment to lend. Credit subject to approval. Your relationship with Bank of America may entitle you to rate discounts.
These discounts are applied to your application up to a maximum allowed discount amount and are subject to change at any time.   SSM-08-14-0465.B   AR37YBGB

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address – Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers– If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

# Bank of America

## Your checking account

ARAKS TOROSYAN  |  Account # ████████ 2915  |  December 1, 2014 to December 31, 2014

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/14 | Ssi Treas 310  Des:Xxsupp Sec Id:Xxxxxxxxx  Ssi | 515.40 |
| 12/03/14 | Ssa Treas 310  Des:Xxsoc Sec Id:Xxxxxxxxxa Ssa | 372.00 |
| 12/31/14 | Ssi Treas 310  Des:Xxsupp Sec Id:Xxxxxxxxx  Ssi | 521.40 |

**Total deposits and other additions**                        **$1,408.80**

## Withdrawals and other subtractions

Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/08/14 | CA TLR cash withdrawal from CHK 2915 | -850.00 |

**Total other subtractions**                        **-$850.00**

To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

See art and culture **for free**

Bank of America's Museums on Us® program gives you one FREE admission to over 150 cultural institutions during the first full weekend of every month.

Just bring your Bank of America® debit card and a photo ID.

**Learn more at bankofamerica.com/artsonus**

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation      ARUR7BHT      SSM-02-14-0239.A

• Museums
• Botanical Gardens
• Science Centers
• And more

This page intentionally left blank

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer Service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARAKS TOROSYAN
1030 RUBERTA AVE APT 10
GLENDALE, CA 91201-2137

## Your BofA Core Checking

for November 1, 2014 to November 30, 2014

**ARAKS TOROSYAN**

Account number: ▮▮▮▮ 2915

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2014 | $999.47 |
| Deposits and other additions | 572.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -1,050.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on November 30, 2014** | **$521.47** |

## Drive away with a great rate on your auto loan



As a Bank of America® customer, you may qualify for an additional discount on an auto loan,
whether you're buying or refinancing. Plus enjoy the benefits of managing all of your accounts in one place.

### Get a decision within minutes at bankofamerica.com/lowpayment.

This is not a commitment to lend. Credit subject to approval. Your relationship with Bank of America may entitle you to rate discounts.
These discounts are applied to your application up to a maximum allowed discount amount and are subject to change at any time.   SSM-08-14-0465.B   AR37YBGB

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

**Bank of America**

**Your checking account**

ARAKS TOROSYAN   |   Account #▇▇▇▇▇2915   |   **November 1, 2014 to November 30, 2014**

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/14 | Ssa Treas 310  Des:Xxsoc Sec Id:Xxxxxxxxxa Ssa | 372.00 |
| 11/21/14 | Counter Credit | 200.00 |
| **Total deposits and other additions** | | **$572.00** |

## Withdrawals and other subtractions

Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/14 | CA TLR cash withdrawal from CHK 2915 | -850.00 |
| 11/21/14 | CA TLR cash withdrawal from CHK 2915 | -200.00 |
| **Total other subtractions** | | **-$1,050.00** |

To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# Bet you've got great ideas.

# We want to hear them.

## Join the **Bank of America® Advisory Panel**

Members of the Bank of America Advisory Panel help us learn what we're doing right and what we need to do better. There are rewards for participating. And, just for joining, you'll be entered into a drawing for a chance to win a $3,000 cash prize.

To learn more and join, visit **bankofamerica.com/advisorypanel**.

©2014 Bank of America Corporation    SSM-06-14-0481.B    ARBYLNRR

ARAKS TOROSYAN  |  Account #

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

### Customer service information

📞 Customer Service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

💻 bankofamerica.com

📭 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARAKS TOROSYAN
1030 RUBERTA AVE APT 10
GLENDALE, CA 91201-2137

## Your BofA Core Checking

for October 1, 2014 to October 31, 2014

Account number:  2915

**ARAKS TOROSYAN**

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2014 | $446.67 |
| Deposits and other additions | 1,402.80 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -850.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2014** | **$999.47** |

# Your contact information requires attention

Our records indicate that the contact information we have for you may not be current.
To ensure you receive important information and updates regarding your account(s) in
a timely manner, please go into Online Banking (Profiles & Settings), visit a banking center
or call customer service today to update your information.

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation          ARG5KF9C      SSM-06-14-0489.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**

 **Bank of America**

**Your checking account**

ARAKS TOROSYAN | Account # ███████ 2915 | October 1, 2014 to October 31, 2014

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 10/01/14 | Ssi Treas 310 Des:Xxsupp Sec Id:Xxxxxxxxx Ssi | 515.40 |
| 10/03/14 | Ssa Treas 310 Des:Xxsoc Sec Id:Xxxxxxxxxa Ssa | 372.00 |
| 10/31/14 | Ssi Treas 310 Des:Xxsupp Sec Id:Xxxxxxxxx Ssi | 515.40 |

**Total deposits and other additions**                                **$1,402.80**

## Withdrawals and other subtractions

Other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 10/03/14 | CA TLR cash withdrawal from CHK 2915 | -850.00 |

**Total other subtractions**                                           **-$850.00**

To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# They're not just heroes, they're also our neighbors

Join us in helping connect our returning service members and veterans to the things they need to make their lives better. Express your thanks at **#troopthanks** or **bankofamerica.com/troopthanks**, and we'll donate $1—up to $1 million—to nonprofits dedicated to helping them succeed here at home.

**Join us at #troopthanks or bankofamerica.com/troopthanks.**



 **WELCOMEBACKVETERANS.ORG**

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation    ARH5KJ6R    SSM-04-14-0584.B
For details, visit bankofamerica.com/troopthanks.

This page intentionally left blank

# Bank of America 🦅

P.O. Box 15284
Wilmington, DE 19850

ARAKS TOROSYAN
1030 RUBERTA AVE APT 10
GLENDALE, CA 91201-2137

**Customer service information**

🔲 Customer Service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

🏦 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your BofA Core Checking

for September 1, 2014 to September 30, 2014          Account number: ▮▮▮▮ 2915

**ARAKS TOROSYAN**

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2014 | $924.67 |
| Deposits and other additions | 372.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -850.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2014** | **$446.67** |

# Your contact information requires attention

Our records indicate that the contact information we have for you may not be current.
To ensure you receive important information and updates regarding your account(s) in
a timely manner, please go into Online Banking (Profiles & Settings), visit a banking center
or call customer service today to update your information.

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation          ARG5KF9C    SSM-06-14-0489.B

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation



Bank of America, N.A. Member FDIC and      Equal Housing Lender

# Bank of America

**Your checking account**

**ARAKS TOROSYAN | Account #■■■■■ 2915 | September 1, 2014 to September 30, 2014**

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|-------:|
| 09/03/14 | Ssa Treas 310 Des:Xxsoc Sec Id:Xxxxxxxxxa Ssa | 372.00 |
| **Total deposits and other additions** | | **$372.00** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 09/03/14 | CA TLR cash withdrawal from CHK 2915 | -850.00 |
| **Total other subtractions** | | **-$850.00** |

❀ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

Let's use all our connections to fight hunger

Go to **bankofamerica.com/fighthunger**
to donate and encourage your
friends to do the same.

FEEDING AMERICA    GIVE A MEAL

For every
$1 you donate,
we'll give
$2 more.*

*All donations, including the Bank of America Foundation's matching donations, will go to the Feeding America network (the Feeding America National Office, or affiliated local food banks). For individual donations made to Feeding America through the Give a Meal™ program before December 31, 2014, the Foundation will match each donation (up to $1,000 per donor) two-to-one, with a maximum total Foundation donation of up to $50,000 to any individual local food bank, and an aggregate maximum Foundation donation of up to $1,500,000 for all Feeding America programs.
Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation
AR7GR9HM
SSM-06-14-0815.B

This page intentionally left blank



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer Service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARAKS TOROSYAN
1030 RUBERTA AVE APT 10
GLENDALE, CA 91201-2137

# Your BofA Core Checking

for February 1, 2015 to February 28, 2015

Account number: ▊▊▊▊ 2915

**ARAKS TOROSYAN**

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2015 | $1,129.67 |
| Deposits and other additions | 899.40 |
| ATM and debit card subtractions | -950.00 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 28, 2015** | **$1,079.07** |

# Drive away with a great rate on your auto loan



As a Bank of America® customer, you may qualify for an additional discount on an auto loan,
whether you're buying or refinancing. Plus enjoy the benefits of managing all of your accounts in one place.

### Get a decision within minutes at bankofamerica.com/lowpayment.

This is not a commitment to lend. Credit subject to approval. Your relationship with Bank of America may entitle you to rate discounts.
These discounts are applied to your application up to a maximum allowed discount amount and are subject to change at any time.   SSM-08-14-0465.B   AR37YBGB

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

**Bank of America** 

**Your checking account**

ARAKS TOROSYAN | Account # ●●●●●●●● 2915 | February 1, 2015 to February 28, 2015

## Deposits and other additions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 02/03/15 | SSA TREAS 310  DES:XXSOC SEC ID:XXXXXXXXXA  SSA  INDN:ARAKS TOROSYAN  ID:9031736039 PPD | CO | 378.00 |
| 02/27/15 | SSI TREAS 310  DES:XXSUPP SEC ID:XXXXXXXXX  SSI  INDN:ARAKS TOROSYAN  ID:9101736121 PPD | CO | 521.40 |

**Total deposits and other additions**        **$899.40**

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 02/03/15 | BKOFAMERICA ATM 02/03 #000007147 WITHDRWL WEST GLENDALE | GLENDALE | CA | -850.00 |
| 02/27/15 | BKOFAMERICA ATM 02/27 #000008104 WITHDRWL WEST GLENDALE | GLENDALE | CA | -100.00 |

**Total ATM and debit card subtractions**        **-$950.00**

To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# Get the know-how you need at BetterMoneyHabits.com

We've partnered with Khan Academy to provide a free and unbiased online learning experience that can help you reach your financial goals.

## Better Money Habits™

Powered by: **Bank of America** in partnership with **KHAN**ACADEMY

ARDDKRM7  SSM-11-14-0157.B

This page intentionally left blank


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer Service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARAKS TOROSYAN
1030 RUBERTA AVE APT 10
GLENDALE, CA 91201-2137

# Your BofA Core Checking

for January 1, 2015 to January 31, 2015

Account number: ▓▓▓▓▓ 2915

**ARAKS TOROSYAN**

## Account summary

| | |
|---|---|
| Beginning balance on January 1, 2015 | $1,080.27 |
| Deposits and other additions | 899.40 |
| ATM and debit card subtractions | -850.00 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 31, 2015** | **$1,129.67** |

# Let's connect on Facebook, Twitter & Google+

Learn about shopping deals, travel ideas, and tips to help you with personal finance.

 /bankofamerica

 @bofa_tips

 bankofamerica

Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation.    ARRX(E47J    SSM-12-13-0426.A

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

**Bank of America**                     **Your checking account**

ARAKS TOROSYAN  |  Account #▮▮▮▮▮▮▮2915  |  January 1, 2015 to January 31, 2015

## Deposits and other additions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/02/15 | Ssa Treas 310  Des:Xxsoc Sec Id:Xxxxxxxxxa Ssa Indn:Araks Torosyan Ppd | Co Id:9031736026 | 378.00 |
| 01/30/15 | Ssi Treas 310  Des:Xxsupp Sec Id:Xxxxxxxxx Ssi Indn:Araks Torosyan Ppd | Co Id:9101736121 | 521.40 |

**Total deposits and other additions**                                            **$899.40**

## Withdrawals and other subtractions

ATM and debit card subtractions

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 01/05/15 | BKOFAMERICA ATM 01/03 #000004103 WITHDRWL WEST GLENDALE | GLENDALE | CA | -850.00 |

**Total ATM and debit card subtractions**                                         **-$850.00**

🌼  To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# **Thank you** for being a Bank of America® customer.

This page intentionally left blank