Elissa D. Miller
333 S. Hope Street, 35th Flr
Los Angeles, CA 90071
Telephone:    (213)626-2311
Facsimile:    (213)629-4520
emiller@sulmeyerlaw.com
lrobles@sulmeyerlaw.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In re:<br>TOROSYAN, ARAKS<br><br>Debtor(s) | Case No.: 2:15-BK-15056   BB<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(a)]<br><br>Date: 05/28/15<br>Time: 10:00 AM |
|---|---|

COUNSEL: ARMINE SINGH
TO THE ABOVE NAMED DEBTOR(S):

The continued meeting will be held in the United States Trustee Meeting Rooms at 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017.

The meeting was continued for the following reason:

Debtor to amend SOFA 1 and/or 2.  If amendment is filed with the Bankruptcy Court appearance is not required at the continued meeting.

Dated:    05/07/15                                /s/ Elissa D. Miller
                                                         Elissa D. Miller
                                                         Chapter 7 Trustee

I ceritfy that I served the within notice on the above debtor(s) and the debtor(s)' attorney, on 05/07/15.

                                        /s/ Lorraine Robles
                                        Trustee Administrator
                                        lrobles@sulmeyerlaw.com